MINERVA JEFFERSON *et al. v.* BERNARD CALLENDER.

(In Banc. June 11, 1945. Suggestion of Error Overruled Oct. 8, 1945.)

[22 So. (2d) 490. No. 35898.]

Earle L. Wingo and Hathorn & Hathorn, all of Hattiesburg, for appellant.

**Hall & Hall** of Columbia, for appellee.

**Roberds, J.,** delivered the opinion of the court.

This case is controlled by the opinion this day handed down in Clanton v. Callender, 198 Miss. 614, 22 So. (2d) 487.

Affirmed.